48 A.3d 1230

SCIENTIFIC GAMES INTERNATIONAL, INC., Appellant

v.

COMMONWEALTH of Pennsylvania, Department of Revenue, Commonwealth of Pennsylvania, Department of General Services, and Gtech Corporation, Appellees.

No. 99 MAP 2011.

Supreme Court of Pennsylvania.

July 17, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of July, 2012, the order of the Commonwealth Court is AFFIRMED.